# FISH & RICHARDSON P.C.

17ᵀᴴ FLOOR
222 DELAWARE AVENUE
P.O. BOX 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC



October 20, 2009

The Honorable Sue L. Robinson         **REDACTED**
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  *Eurand, Inc., et al. v. Mylan Pharmaceuticals Inc. et al.*,
     C.A. No. 08-889-SLR; *Eurand, Inc., et al. v. Impax Laboratories Inc.*,
     C.A. No. 09-18-SLR

Dear Judge Robinson:

I write to briefly respond to Mylan's letter yesterday in support of its request for discovery of confidential documents on drugs other than cyclobenzaprine. Mylan argues that the Patent Office's obviousness rejection of claims in another application, based on certain publicly-available references, somehow shows that Eurand's confidential, non-prior-art documents are relevant to Mylan's obviousness or inequitable conduct defenses.[1] Mylan is incorrect.

As explained in Plaintiffs' October 9 and October 15, 2009 letters, the confidential documents Mylan seeks are irrelevant to both obviousness and inequitable conduct. Such documents are <u>legally irrelevant</u> to Mylan's obviousness defense because they are not prior art. *Riverwood Intern. Corp. v. R.A. Jones & Co., Inc.*, 324 F.3d 1346, 1355 (Fed. Cir. 2003); *Life Techs., Inc. v. Clontech Labs., Inc.*, 224 F.3d 1320, 1325 (Fed. Cir. 2000). They are also irrelevant to Mylan's inequitable conduct defense, which is based solely upon an alleged failure to disclose the publicly-available '215 patent (which only deals with methylphenidate formulations). Documents concerning formulations of the unrelated drugs amitriptyline and propranolol have no bearing on this defense because those drugs are not mentioned in Mylan's inequitable conduct allegation, which must be pled with particularity under Fed. R. Civ. P. 9(b). Confidential, non-prior-art documents concerning the development of methylphenidate formulations are also irrelevant, for the reasons explained above and in Plaintiffs' previous letters to the Court.

Respectfully submitted,

William J. Marsden, Jr.

cc: Richard L. Horwitz, Esq.
    Mary B. Matterer, Esq.
    John C. Phillips, Esq.

---

[1] ████████████████