

**Potter
Anderson
& Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 25, 2009

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    *Eurand, et al. v. Mylan, et al.*, C.A. Nos. 08-889 and 09-018

Dear Magistrate Judge Thynge:

    I am writing on behalf of Mylan with respect to a discovery dispute in the above-referenced matter, because, on November 16, 2009 (D.I. 112), Judge Robinson referred this matter to Your Honor to handle discovery disputes, ADR, and related matters. Mylan first raised the issue of its request for documents relating to Eurand's Diffucaps® platform at a September 15, 2009 discovery conference. Thereafter, at an October 13, 2009 discovery conference, the parties presented additional argument to Judge Robinson on this issue. Letter submissions relating to the dispute issue were made before (D.I. 100, 101) and after (D.I. 102, 103, 104, 106) the October 13 conference. The present fact discovery cutoff is January 15, 2010. We are available at Your Honor's convenience in person or by telephone if argument would be helpful in resolving the dispute.

                                            Respectfully Submitted,

                                            /s/ *David E. Moore*

                                            David E. Moore

RLH/nmt
943971/33695

    cc:    Clerk of Court (via hand delivery)
              Counsel of Record (via electronic mail)