# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

17TH FLOOR
222 DELAWARE AVENUE
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

**VIA ECF**

October 7, 2013

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Anesta AG, et al. v. Mylan Pharmaceuticals, Inc., et al.*
      USDC-D. Del. - C.A. No. 08-889-SLR

Dear Judge Robinson:

I write on behalf of the parties to provide an agenda for the Court for the discovery conference set for 4:30 p.m. today, October 7. The parties intend to provide the following updates and raise the following issues for the Court's consideration:

Plaintiffs:

- Status of discovery and case schedule in view of extensions to date
- Status of Ivax/Anesta recovery of files from corrupted server
- Status of Mylan's interrogatory responses

Mylan:

- Status of Ivax/Anesta's production of documents relating to the Protonix damages litigation
- Status of Plaintiffs' responses to contention interrogatories
- Status of production of patent license agreements

Respectfully Submitted,

/s/ Robert M. Oakes

Robert M. Oakes

cc:  All Counsel of Record